UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERMIT AUSTIN,

Plaintiff,

-v-

TABBED, INC., GRANT PIGNIO, and HOLDEN ELLARD,

Defendants.

25-CV-09499 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

For the reasons given in the oral opinion delivered at the hearing held on September 29, 2026, Defendants' Motion to Dismiss is granted in part and denied in part.

Accordingly:

- Plaintiff's first cause of action (breach of contract) is dismissed as against Defendants Grant Pignio ("Pignio") and Holden Ellard ("Ellard");
- Plaintiff's second cause of action (unjust enrichment) is dismissed against Defendants Pignio and Ellard;
- Plaintiff's fourth cause of action (breach of the implied covenant of good faith and fair dealing) is dismissed as against all Defendants;
- Plaintiff's fifth cause of action (promissory estoppel) is dismissed as against Defendant Ellard;
- Plaintiff's sixth cause of action (quantum meruit) is dismissed as against Defendants Pignio and Ellard;
- Plaintiff's seventh cause of action (breach of fiduciary duty) is dismissed in its

entirety.

The motion to dismiss is otherwise denied.

Furthermore, for the reasons given on the record during today's hearing, Plaintiff's Motion for Extension of Time to Complete Discovery is GRANTED.

The Clerk of Court is directed to terminate ECF Nos. 12 and 30.

SO ORDERED.

Dated: September 30, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge